AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUL 2 4 2016

David J. Bradley, Clerk

United States of America )
v. )
)  Case No. M-16-1394-M
)
Eric Osvaldo ACUNA-Zuniga )
YOB: 1986  Citizenship: Mexico )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 23, 2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Did knowingly and intentionally possess with the intent to distribute approximately 32.86 kilograms of methamphetamine, a schedule II controlled substance, from the United Mexican States. |
| 21 U.S.C. § 952 | Did knowingly and intentionally import with the intent to distribute approximately 32.86 kilograms of methamphetamine, a schedule II controlled substance, from the United Mexican States. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

_____
*Complainant's signature*

Tomas Mora, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/24/2016    4:02 pm

_____
*Judge's signature*

City and state:   McAllen, Texas

U.S. Magistrate Judge Peter E. Ormsby
*Printed name and title*

ATTACHMENT "A"

On July 23, 2016, at approximately 1341 hours, Eric Osvaldo ACUNA-Zuniga, the driver of a white in color Ford F-150 bearing Mexican License Plates WN62689, attempted to enter the United States from the United Mexican States via the Port of Entry (POE) in Donna, Texas.

At primary inspection, a Customs and Border Protection Officer (CBPO) obtained a negative oral declaration from ACUNA-Zuniga and sent him to secondary for further inspection. At secondary inspection, a CBPO obtained a second negative oral declaration from ACUNA-Zuniga. The Ford F-150 was sent for x-ray inspection where a CBPO observed anomalies in the wheels of the vehicle.

During a more intensive inspection of the Ford F-150, CBPOs discovered hidden compartments within the wheels of the vehicle. Within the hidden compartments was a white powdery substance that field tested positive for the properties of methamphetamine. The total gross approximate weight of the methamphetamine was 32.86 kilograms.

Homeland Security Investigations, McAllen, Texas was notified of the seizure and responded to the Donna, Texas POE for further investigation.

During a post-Miranda interview, ACUNA-Zuniga stated he was the owner of the Ford F-150 and has had sole possession of the vehicle for approximately seven (7) months, except for two (2) hours two (2) months prior when the wheels were being replaced by unknown subjects at an unknown mobile tire shop.